*Doris Byrne* and *Isidor G. Popik* for appellant.
*Edward B. Willing* for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.

In the Matter of the Claim of IRVING BALSOM, Respondent, against AMERICAN BISCUIT Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted June 9, 1948; decided July 16, 1948.

*Jeremiah F. Connor* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Daniel Polansky* and *Roy Wiedersum* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.